# EXHIBIT B

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND  WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202196637

Date: 05/23/2018
Amount: $** 25.00

Pay: TWENTY-FIVE AND XX / 100 DOLLARS

For: 4412-1691
Michael Whitekettle

To The Order Of
Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND ... WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202240200

Date: 06/25/2018
Amount: $** 25.00

Pay: TWENTY-FIVE AND XX / 100 DOLLARS

For: ████-4412-1691
Michael Whitekettle

To The Order Of

Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202278795

Date: 07/23/2018
Amount: $** 50.00

Pay: FIFTY AND XX / 100 DOLLARS

For: ████████4412-1691
Michael Whitekettle

To The Order Of
Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202332137

Date: 08/23/2018
Amount: $** 50.00

Pay: FIFTY AND XX / 100 DOLLARS

For: ▮▮▮▮-4412-1691
Michael Whitekettle

To The Order Of

Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions (877)503-8236
Void After 90 Days

**Global Client Solutions, LLC Custodian**
**FBO Michael Whitekettle**

202374075

Date: 09/24/2018
Amount: $** 175.00

Pay: ONE HUNDRED SEVENTY-FIVE AND XX / 100 DOLLARS

For: ▓▓▓▓4412-1691
Michael Whitekettle

To The Order Of:
Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND ON THE FRONT AND THE

**Global Client Solutions, LLC Custodian**
**FBO Michael Whitekettle**

202421155

Date: 10/23/2018
Amount: $** 175.00

Pay: ONE HUNDRED SEVENTY-FIVE AND XX / 100 DOLLARS

For: ▮▮▮▮▮▮▮4412-1691
Michael Whitekettle

To The Order Of

**Discover Bank**
**2012 Corporate Lane Ste 108**
**Attn: Lockbox Operations 6103**
**Naperville, IL US 60563**

Authorized Signature
Questions (877)503-8236
Void After 90 Days

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND ... WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202465546

Date: 11/23/2018
Amount: $** 175.00

Pay: ONE HUNDRED SEVENTY-FIVE AND XX / 100 DOLLARS

VOID

For: ▇▇▇▇-4412-1691
Michael Whitekettle

To The Order Of

Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND ~~~ WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202510378

Date: 12/24/2018
Amount $** 175.00

Pay: ONE HUNDRED SEVENTY-FIVE AND XX / 100 DOLLARS

VOID

For: ▮▮▮▮-4412-1691
Michael Whitekettle

To The Order Of:
Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

| | |
|---|---|
| Global Client Solutions, LLC Custodian FBO Michael Whitekettle | 202551531 |

Pay: ONE HUNDRED SEVENTY-FIVE AND XX / 100 DOLLARS

For: ████-4412-1691
Michael Whitekettle

Date: 01/23/2019
Amount: $** 175.00

To The Order Of:
Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877) 503-8236
Void After 90 Days

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND [...] WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202606116

Date: 02/25/2019

Pay: ONE HUNDRED SEVENTY-FIVE AND XX / 100 DOLLARS

Amount: $** 175.00

For: ████████ 4412-1691

Michael Whitekettle

To The Order Of:
Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202653391

Date: 03/25/2019
Amount: $** 175.00

Pay: ONE HUNDRED SEVENTY-FIVE AND XX / 100 DOLLARS

For: ▮▮▮▮-4412-1691
Michael Whitekettle

To The Order Of
Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

Global Client Solutions, LLC Custodian
FBO Michael Whitekettle

202714472

Date: 04/23/2019
Amount: $** 397.00

Pay: THREE HUNDRED NINETY-SEVEN AND XX / 100 DOLLARS

For: ▮▮▮▮▮▮▮-4412-1691

Michael Whitekettle

To The Order Of

Discover Bank
2012 Corporate Lane Ste 108
Attn: Lockbox Operations 6103
Naperville, IL US 60563

Authorized Signature
Questions: (877) 503-8236
Void After 90 Days