# EXHIBIT C

| | | DATE COMPLETED | 2/5/2020 | |
|---|---|---|---|---|
| | | DATE ORDERED | 2/5/2020 | |
| | | REPOSITORIES | XP | PRPD' BY |
| | | | | LOAN TYPE |

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | WHITEKETTLE, MICHAEL | CO-APPLICANT | WHITEKETTLE, SHERRI |
| SOC SEC # | | SOC SEC # | |
| MARITAL STATUS | | DEPENDENTS | |

## COLLECTION ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | DISCOVER FIN SVCS LLC 4412 | 01/20 | 10/11 04/19 | $2875 REV | $1771 - | $1771 | 84 | 2 | 1 | 4 | CHARGE OFF XP |