# EXHIBIT E

| | | | | | | |
|---|---|---|---|---|---|---|
| **DATE COMPLETED** | 5/5/2020 | | | | | |
| **DATE ORDERED** | 5/5/2020 | | | | | |
| **REPOSITORIES** | TU | | **PRPD' BY** | | | |
| **PRICE** | | | **LOAN TYPE** | | | |
| **REF. #** | | | | | | |

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| **APPLICANT** | WHITEKETTLE, MICHAEL | **CO-APPLICANT** | WHITEKETTLE, SHERRI |
| **SOC SEC #** | | **SOC SEC #** | |
| **MARITAL STATUS** | | **DEPENDENTS** | |

### COLLECTION ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | DISCOVERBANK ####4412 | 03/20 | 10/11 / 04/19 | $2875 / REV | $1771 / - | $1771 | 00 | - | - | - | CHARGE OFF / TU |